IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:18-CV-96-BO

| | | |
|---|---|---|
| LORA SCHADE, | ) | |
| Plaintiff, | ) | |
| v. | ) | O R D E R |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's *pro se* motion to proceed *in forma pauperis* based on changed circumstances under 28 U.S.C. § 1915, which permits an indigent litigant to commence suit in federal court without paying administration costs associated with such proceedings. [DE 9]. The Court previously adopted the Magistrate Judge's recommendation that plaintiff's application to proceed *in forma pauperis* be denied because plaintiff's household income was such that paying the filing fee would not deprive her of "the necessities of life." [DE 6]. Plaintiff then moved for reconsideration, citing financial hardship placed upon her by Hurricane Florence. [DE 9].

For good cause shown, plaintiff's motion to proceed *in forma pauperis* based on changed circumstances [DE 9] is GRANTED. The clerk is DIRECTED to file the complaint [DE 1-1]. The summonses submitted by plaintiff, however, were incomplete for service on a United States agency. Pursuant to 28 U.S.C. § 1915(d), the clerk is DIRECTED to prepare and issue complete summonses as required by Rule 4(i). The U.S. Marshals Service is DIRECTED to serve a copy of the complaint, summons, and this order on defendants.

SO ORDERED, this _10_ day of October, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE